UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. OFFRINGA,

    Plaintiff,

                                                    CASE NO. 1:12-CV-1321

v.

                                                    HON. ROBERT HOLMES BELL

GRAND RAPIDS GRIFFINS,

    Defendant.
_____/

## DISMISSAL ORDER

Pursuant to the stipulation of the parties (docket #21), this matter is hereby

**DISMISSED** with prejudice and without costs.

Date: <u>April 25, 2013</u>                                   /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE